| Attorney or Appellant Name, Address, Telephone, and Fax Number<br>Martin S Malinou<br>334 Smith Street<br>Providence, RI 02908<br>Telephone (401)331-6554<br>Fax (401)331-6554<br>*Attorney for Appellant* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF RHODE ISLAND** | |
| In re:<br>Martin S Malinou<br>Debtor (s) | |
| Debtor's Social Security No(s). xxx-xx-3140 | CHAPTER 13<br>CASE NUMBER 06-11456 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☐ defendant or ☒ other party (specify name of party) Martin S Malinou (debtor), appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) lifting automatic stay entered in this ~~adversary proceeding~~ or other proceeding (describe other proceeding) Seattle Savings Bank's emergency motion to lift stay on the 13 day of December, (year) 2006.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

(Print or type names, addresses, telephone, and fax numbers)

Martin S Malinou, pro se
Debtor
334 Smith Street
Providence, RI 02908
Telephone (401)331-6554
Fax (401)331-6554

Seattle Savings Bank

Benjamin Scungio, Esq.
Attorney for Seattle Savings Bank
362 Broadway
Providence, RI 02909
Telephone (401)453-2300
Fax (401)453-2345

CONTINUED ON NEXT PAGE

**Form 17**

| In re (SHORT TITLE) | CHAPTER 13 |
|---|---|
| Martin S Malinou, Debtor. | CASE NUMBER 06-11456 |

Dated: December 15, 2006

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

Martin S Malinou, pro se
334 Smith Street
Providence, RI 02908
Telephone (401) 331-6554
Fax (401) 331-6554

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**