***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

In Re: **Martin S. Malinou**

Debtor(s)

BK No. **1:06–bk–11456**

Chapter **13**

***Order Granting Motion/Application (doc# 7 ) After Hearing***

**Re: Motion of Seattle Savings Bank for Expedited Hearing**

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 7 ) is **GRANTED** .

Judgment #: 1:06–bk–11456 – 14 – 7

***ORDER:***

LLC
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **12/13/06**

Entered on Docket: **12/13/06**
Document Number: **14 – 7**

ogmaah.jsp #119

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -x

In re: :

MARTIN S. MALINOU : BK No. 06-11456
Debtor(s) Chapter 13
:

- - - - - - - - - - - - - - - - -x

**ORDER ALLOWING CREDITOR SEATTLE SAVINGS BANK TO CONTINUE ADVERTISING ITS FORECLOSURE SALE**

On December 11, 2006, Seattle Savings Bank filed an Emergency Motion for Relief From Stay [Doc.#6] and a request to conduct an emergency hearing on its motion [Doc. # 7].

After consideration of the pleadings, it is ORDERED that Seattle Savings Bank is allowed to continue running its foreclosure advertisements until the above-referenced motions are heard on December 13, 2006.

ORDER:

______________
Deputy Clerk

ENTER:

Arthur N. Votolato
U.S. Bankruptcy Judge
Date:

**BRENNAN, RECUPERO, CASCIONE, SCUNGIO & MCALLISTER, LLP**
**362 BROADWAY**
**PROVIDENCE, RHODE ISLAND 02909**
**(401) 453-2300 FAX (401) 453-2345**
**E-MAIL bscunigo@brcsm.com**

December 12, 2006

Estate of Etta E. Malinou
334 Smith Street
Providence, RI 02908

Martin Malinou, as Executor and individually
334 Smith Street
Providence, RI 02908

Sheldon H. Malinou
1175 York Avenue, Apt. 10F
New York, NY 10021

Sherri Spillane
11030 Cashmere Street
Los Angeles, CA 90049

Re: Mortgagee: Etta E. Malinou
Mortgage Amount: $168,000.00
Mortgage Dated: November 15, 1001
Address of Premises: 334 Smith Street, Providence RI
Loan Number: 2000008
Original Date of Sale: December 12, 2006
Date of Sale Continued to: December 19, 2006

## *NOTICE OF CONTINUATION OF FORECLOSURE SALE*

Dear Sir/Madam:

Please be advised that the above mentioned foreclosure sale has been continued from December 12, 2006 @ 11:00 a.m. to December 19, 2006 @ 11:00 a.m. If you have any questions, please do not hesitate to contact me.

## NOTICE

THE LAW FIRM OF BRENNAN, RECUPERO, CASCIONE, SCUNGIO & MCALLISTER COLLECTS FOR MORTGAGE HOLDERS.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF IT IS DIFFERENT FROM THE CURRENT CREDITOR.

YOU HAVE THIRTY (30) DAYS AFTER THE RECEIPT OF THIS NOTICE TO DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT WITHIN THIRTY (30) DAYS WE WILL ASSUME THE DEBT TO BE VALID.

IN THE EVENT YOU NOTIFY US IN WRITING WITHIN THE THIRTY (30) DAY PERIOD THAT THE DEBT OR ANY PORTION THEREOF IS DISPUTED, WE WILL OBTAIN A VERIFICATION OF THE DEBT AND MAIL IT TO YOU.

Sincerely,

Benjamin M. Scungio, Esq.

Enclosures

P:\Active Clients\BMS files\FORECLOSURES\SEATTLE MORTGAGE\Malinou 06-0818\NOTICE OF CONTINUATION TO MORTGAGORS.wpd

# MORTGAGEE'S SALE

**334 Smith Street, Providence, RI 02908**
**Assessor's Plat: 67 Assessor's Lot: 71**

Will be sold at public auction on December 12, 2006 at 11:00 a.m., Local Time, on the premises hereinafter described, by virtue of the power of sale contained in a Mortgage made by Etta E. Malinou dated November 15, 1991 and recorded in Book 2482 at Page 89 in the Records of Land Evidence of the City of Providence, State of Rhode Island the conditions of said mortgage having been broken:

That certain parcel of land with all the buildings and improvements thereon more particularly described in said Mortgage Deed recorded in said Book 2482 at Page 89 and further described as follows:

> That lot of land with all buildings and improvements thereon, situated on the southwesterly side of Smith Street in the City of Providence, County of Providence, State of Rhode Island, bounded and described as follows:
>
> Beginning at a point in the southwesterly line of Smith Street at the northeasterly corner of land of Thomas L. O'Connell and wife; and at the northwesterly corner of the land herein described; thence southeasterly bounding northeasterly on Smith Street eighty (80) feet to land of John C. Lang, thence southwesterly and southerly bounding southeasterly and easterly on said last named land to land now or lately of Annie E. Carruthers; thence westerly bounding southerly on said last named land thirteen and 55/100 (13.55) feet, more or less, to a corner; thence northerly bounding westerly on land of Anthony Villa et ux sixteen and 7/10 (16.7) feet to a point; thence northwesterly bounding southwesterly on said last named land seventy one and 28/100 (71.28) feet to said O'Connell land; thence northeasterly bounding northwesterly on said O'Connell land sixty five and 65/100 (65.65) feet, more or less, to the point of beginning.

The above premises will be sold subject to all taxes, assessments, mortgages, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and right of redemption for unpaid Federal or State taxes, if any, as shall notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: Deposit of Five Thousand ($5,000.00) in cash, certified or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of its intention to bid at said sale or any postponement or adjournment thereof.

**BENJAMIN M. SCUNGIO, ESQUIRE**

***Brennan, Recupero, Cascione, Scungio & McAllister***
***Attorney for the Holder of the Mortgage***
***362 Broadway***
***Providence, Rhode Island 02909***

## *NOTICE OF ADJOURNMENT*

On December 12, 2006, at 11:00 a.m., said foreclosure was postponed, continued, and adjourned until December 19, 2006 at 11⁰⁰a.m. on the premises.

By Order of the Mortgagee which gives notice of its intention to bid at such sale or any postponement, continuation or adjournment thereof.

***BENJAMIN M. SCUNGIO, ESQUIRE***
***BRENNAN, RECUPERO, CASCIONE***
***SCUNGIO & MCALLISTER, LLP***
***Attorney for the Present Holder***
***of the Mortgage***
***362 Broadway***
***Providence, Rhode Island 02909***