UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARTIN S MALINOU,<br>Appellant,<br>-vs-<br><br>SEATTLE SAVINGS BANK,<br>Appellee. | C.A. No. 06-544<br><br>PLAINTIFF'S MEMORANDUM OF LAW<br>On Plaintiff's Emergency Motion For Stay Pending Appeal |

On December 15, 2006, the Plaintiff filed an "Emergency Motion For Stay Pending Appeal" from an Order (Bkcy Ct Doc No. 14) granting Appellee's motion for an emergency hearing on its motion for relief from the automatic stay and also apparently granting relief from the automatic stay to foreclose of Plaintiff's real estate (Bkcy Ct Doc No. 14). The Order (Bkcy Ct Doc No. 14) was entered by the Bankruptcy Court on December 13, 2006. Plaintiff's appeal from that Order was filed on December 15, 2006, before the Bankruptcy Court entered a subsequent Order (Bkcy Ct Doc No. 19) on December 15, 2006, together with a Judgment Order (Bkcy Ct Doc No. 20), clearly granting Appellee's motion for relief from the automatic stay. The Bankruptcy Court docket entries for December 15, 2006, do not reflect the correct sequence of the filings that day. Nevertheless, Plaintiff's appeal to this District Court is procedurally sound -bringing up for review the Orders and Judgment Order granting relief from the automatic stay. This Court has jurisdiction to hear appeals from final judgments and orders of the bankruptcy court. 11 U.S.C. 158 (a). Bankruptcy Rule 8002 provides that : "A notice of appeal filed after the announcement of a decision or order but before entry of the judgment, order or decree shall be treated as filed .. after such entry and on the day thereof." The judgment and orders appealed from(appended hereto) supplement and update information contained in the Appellant's emergency motion.

For the reasons given in the Motion and the instant Memorandum the stay pending appeal from the judgment of the bankruptcy court entered on December 15, 2006, should be granted.

Respectfully submitted,

Martin S Malinou
Appellant
334 Smith Street
Providence, RI 02908
(401)331-6554
Fax (401)331-6554

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)528-4477***

**Martin S. Malinou**

Debtor(s)

BK No. **1:06-bk-11456**

Chapter **13**

Judge: **Arthur N. Votolato**

## ***JUDGMENT ORDER***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Order Granting Motion for Relief from Stay by Seattle Savings Bank**

Judgment #: 1:06–bk–11456 – 20 – 19

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **12/15/06**
Document Number: ***20 - 19***

By: **HAD**
Deputy Clerk

judgement.jsp #404

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: :

Martin Malinou : BK No. 06-11456
Chapter 13

:

- - - - - - - - - - - - - - - - -*

**ORDER GRANTING MOTION FOR RELIEF FROM STAY BY SEATTLE SAVINGS BANK**

Heard on the emergency motion of Seattle Savings Bank seeking relief from the automatic stay (Document # 6) and the Debtor's *pro se* objection thereto (document # 12). Upon consideration of the motion, the evidence presented, the arguments, and for the reasons stated by the Court in its Bench Decision on December 13, 2006, which are adopted and incorporated herein by reference, Seattle Saving Bank's motion for relief from stay is **GRANTED**. Additionally, given the Debtor's pre-filing history and the fact that the Court heard this matter on an expedited basis, the stay provided for by Fed. R. Bankr. P. 4001(a)(3) shall not apply. Finally, the Court will act as though the Debtor has moved for a stay pending appeal and deny the same.

ORDER:

H. D'Agostino

Deputy Clerk
Entered on Docket: 12/15/06
Document Number: 19

ENTER:

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 12/15/07

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Martin S. Malinou<br><br>Debtor(s) | BK No. 1:06-bk-11456<br><br>Chapter 13 |

***Order Granting Motion/Application (doc# 7 ) After Hearing***

**Re: Motion of Seattle Savings Bank for Expedited Hearing**

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 7 ) is GRANTED .

Judgment #: 1:06-bk-11456 - 14 - 7

*ORDER:*

LLC
Deputy Clerk

*ENTER:*

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 12/13/06

Entered on Docket: 12/13/06
Document Number: 14 - 7

ogmaah.jsp #119

Certificate of Service

I certify that on December 18, 2006, I served a copy of the within memorandum of law on Benjamin Scungio, Esq. and Peter Furness, Esq., attorneys of record for Seattle Savings Bank, at their usual office address, 362 Broadway, Providence, RI 02909, by regular mail, and by Fax to (401)453-2345; I also served copies by mail on Leonard DePasquale, Esq., US Trustee, 910 Dorrance Street (Rm 910), Providence, RI 02903, and on JohnBoyajian, Esq., Ch 13 Trustee, 182 Waterman Street, Providence, RI 02906.

Martin Malinou
Appellant
334 Smith Street
Providence, RI 02908
(401)331-6554