AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Martin Malinou

V.

Seattle Savings Bank

**APPEARANCE**

Case Number: 06-00544-S-DLM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Seattle Savings Bank

I certify that I am admitted to practice in this court.

Date 12/18/2006

Signature

Peter Furness
Print Name

3608
Bar Number

362 Broadway
Address

Providence
City

RI
State

02909
Zip Code

401 453-2300
Phone Number

401 453-2345
Fax Number