UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARTIN S. MALINOU
Appellant,

Vs. Civil Docket No.: 06-00544-S-DLM

SEATTLE SAVINGS BANK
Appellee.

**ORDER ON APPELLANT, MARTIN S. MALINOU'S EMERGENCY MOTION FOR STAY PENDING APPEAL**

After notice being given and hearing being conducted, on December 18, 2006, upon Plaintiff's Emergency Motion for Stay Pending Appeal to prevent foreclosure sale of the property located at 334 Smith Street, Providence, Rhode Island (the "Property") scheduled for December 19, 2006 at 11:00 a.m., the Court finds as follows:

1. After hearing, Appellant's Emergency Motion for Stay Pending Appeal is GRANTED for a period of thirty (30) days from December 18, 2006;

2. Appellee is directed to provide the Court with supplemental information addressing the issue of whether Appellant is the rightful owner of the Property and as a result thereof whether Appellant has standing to initiate the case at bar;

3. A hearing on Plaintiff's Emergency Motion is to be scheduled before Judge Smith on or about January 19, 2006.

4. Appellee is permitted to continue to advertise the foreclosure sale, scheduled for January 23, 2006, however said sale shall not occur prior to the hearing before Judge Smith.

**SO ORDERED** this the 20th day of December, 2006.

Mary M. Lisi
Honorable Mary M. Lisi
Chief Judge United States District Court
District of Rhode Island

Prepared By:
Attorneys for Seattle Savings Bank
Peter J. Furness, Esq. (#3608)
Benjamin M. Scungio, Esq. (#2902)
Lauren F. Verni, Esq. (#6831)
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
401-453-2300 (phone)
401-453-2345 (fax)