UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARTIN S. MALINOU
Appellant,

Vs. Civil Docket No.: 06-00544-S-DLM

SEATTLE SAVINGS BANK
Appellee.

**SEATTLE SAVINGS BANK'S MEMORANDUM OF LAW IN RESPONSE TO HEARING BEFORE CHIEF JUDGE LISI ON DECEMBER 18, 2006**

Appellee, Seattle Savings Bank ("Seattle") files the within Memorandum of Law by Order of this Court and pursuant to the hearing on Appellant's Emergency Motion for Stay Pending Appeal to prevent foreclosure sale of the property located at 334 Smith Street, Providence, Rhode Island held before Chief Judge Lisi on December 18, 2006. Appellee is directed to provide the Court with supplemental information addressing the issue of whether Appellant is the rightful owner of 334 Smith Street, Providence, RI (the "Property") and as a result thereof whether Appellant has standing to initiate the case at bar.

The Property at issue in this matter was formerly owned by Appellant's mother, Etta Malinou. Mrs. Malinou signed the original mortgage and note to the benefit of Rhode Island Housing and Mortgage Finance ("RIHMFC"). RIHMFC assigned its rights under the Etta Malinou Note and Mortgages to Seattle pursuant to an agreement between RIHMFC and Seattle. Mrs. Malinou passed away in January 2003, leaving the Property to pass to Appellant pursuant to the terms of her will, subject to the Mortgage of Appellee. (A copy of Etta Malinou's will is attached hereto and marked as Exhibit A).

Pursuant to R.I.G.L. § 33-6-31, title to real or personal property shall pass by will when the will has been finally proved not when the estate is fully probated or closed. It is Appellee's understanding that the will of Etta Malinou was admitted to probate and proved by an affidavit of Rose Rosenthal as contemplated by R.I.G.L. § 33-7-26. (A copy of Rose Rosenthal's affidavit is attached hereto and marked as Exhibit B).

Therefore, under the terms of the will and the Rhode Island General Laws, Appellant is the owner of the Property despite Etta Malinou's Estate continuing to remain open, and as a result Appellant has standing to initiate the case at bar.

Respectfully Submitted,

SEATTLE SAVINGS BANK

By its Attorneys,

DATE: January 3, 2007

/s/ Peter J. Furness (#3608)
Benjamin M. Scungio (#2902)
Lauren F. Verni (#6831)
Brennan, Recupero, Cascione,
Scungio & McAllister
362 Broadway
Providence, RI 02909
453-2300
Fax: 453-2345

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Memorandum of Law was sent via facsimile and first class mail to the following on this the 3rd day of January, 2007:

Electronic Mail Notice List – Parties in the case only

The following is the list of parties who are currently on this list to receive e-mail notice/service for this case.

Manual Notice List – Parties in the case only

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Martin S. Malinou
334 Smith Street
Providence, RI 02908
401-331-6554
Fax: 401-331-6554
Email: mmalinou@net1plus.com

/s/ Peter J. Furness, Esq.