#030602

# WILL OF ETTA E. MALINOU

I, ETTA E. MALINOU, a resident of Providence, Rhode Island, declare this to be my WILL.

FIRST: I hereby revoke all prior Wills and Codicils made by me.

SECOND: I nominate my son MARTIN MALINOU to be EXECUTOR of my WILL, and I direct that he shall not be required to give any bond or other security for the faithful performance of his duties. In the event my son MARTIN MALINOU shall die, resign, or be otherwise disqualified from acting as Executor of my WILL, but not otherwise, I nominate my son SHELDON MALINOU to be EXECUTOR of my WILL, and I direct that he shall not be required to give any bond or other security for the faithful performance of his duties.

THIRD: I devise the land and buildings located at 334 Smith Street, Providence, Rhode Island, to my son MARTIN MALINOU.

FOURTH: I give all my household furniture to my son MARTIN MALINOU.

FIFTH: All the rest, residue and remainder of my estate I give to my two sons, MARTIN MALINOU and SHELDON MALINOU, in equal shares.

SIXTH: I omit any provision in my WILL for my daughter SHERRI SPILLANE in order to avoid creating assets in her name for the reach of her creditors. I hope that my sons will allow her to select items of personal property from my estate for her own use. I also hope that my sons will continue to contribute to her financial support for as long as her need exists and their ability to help her exists.

SEVENTH: I omit any provision in my WILL for my grandson JUSTIN NATHANIEL MALINOU born on March 15, 1986. I hope that my sons will select some items of personal property from my estate and give those items to my grandson as tokens of my love for him.

Etta E. Malinou

EIGHTH: I forgive all debts owed to me by my three children.

NINTH: I hereby authorize my EXECUTOR to settle and discharge any and all claims against my estate in his absolute discretion.

IN WITNESS WHEREOF, I, the said ETTA E. MALINOU, herewith set my hand to this my WILL, typewritten on two (2) sheets of paper (including the attestation clause and signatures of witnesses) upon the margin of each one of which I have also written my name this 23rd day of March, 1986.

Etta E. Malinou

On the 23rd day of March, 1986, ETTA E. MALINOU,

eby authorize my EXECUTOR to settle and discharge any and all claims against my estate in his absolute discretion.

IN WITNESS WHEREOF, I, the said ETTA E. MALINOU, herewith set my hand to this my WILL, typewritten on two (2) sheets of paper (including the attestation clause and signatures of witnesses) upon the margin of each one of which I have also written my name this 23rd day of March, 1986.

Etta E. Malinou

On the 23rd day of March, 1986, ETTA E. MALINOU, declared to us the undersigned, the foregoing to be her WILL, and she requested us to act as witnesses to the same and her signature thereon. She thereupon signed said WILL in our presence, we being present at the same time. And we now, at her request, in her presence and in the presence of each other do hereunto subscribe our names as witnesses. And we and each of us declare that we believe this testatrix to be of sound mind and memory.

Rose Rosenthal
19 Sea Breeze Lane,
Nahant, Mass.

Reuben Rosenthal
19 Sea Breeze Lane
Nahant, Mass

Etta E. Malinou