COMMONWEALTH OF MASSACHUSETTS

COUNTY OF ____________________

AFFIDAVIT OF ROSE ROSENTHAL

I, ROSE ROSENTHAL, 295 Lynn Shore Drive (Apt. 60( Lynn, Massachusetts, being duly sworn, depose and say that on March 23, 1986, in Providence, Rhode Island, I witnessed the execution of the Will of ETTA E. MALINOU dated March 23, 1986; that the signature to the Will is in the handwriting of the testatrix; that the testatrix subscribed the Will and declared the same to be her las Will in my presence and in the presence of my late husb Rubin Rosenthal; that we, Rose Rosenthal and Rubin Rose thereafter subscribed the same as witnesses in the pres of the testatrix and in the presence of each other; that at the time of the execution of the Will the testatrix appeared to be of sound mind and memory and was over eighteen (18) years of age; and that the signatures of the witnesses on the Will are genuine.

Rose Rosenthal

Subscribed and sworn to this 20th day of February 2003 February, 2003, before me.

Natalie K. Olivero
Notary Public

Martin Malinou, Esq.
RI Bar Reg. 0557
334 Smith Street
Providence, RI 02908
(401) 331-6554