UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Martin S. Malinou
Appellant

vs CA06-544S

Seattle Savings Bank
Appellee

ORDER ON APPELLANT'S EMERGENCY
MOTION FOR STAY PENDING APPEAL

After a hearing being conducted on January 19, 2007 on Appellant's Emergency Motion to Stay Pending Appeal, it is hereby ordered:

1. Court directs appellant to file a brief within two weeks of January 19, 2007;

2. Court directs appellee to file a reply brief one week thereafter;

3. Appellant shall post with the Court a bond in the amount of $5,000.00 to be deposited into the Registry of the Court;

4. This matter is stayed pending the Court's determination of Appellant's appeal.

SO ORDERED this the 22d day of January, 2007.

WESmith

William E. Smith
U.S. District Judge
District of Rhode Island