UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - *

In re: Martin S. Malinou :

: BK No. 06-11456

Debtor(s) Chapter 13

:

- - - - - - - - - - - - - - - - - *

# * N O T I C E *

A NOTICE of APPEAL was filed by Martin S. Malinou on 12/15/2006, RE: Document #19 Order granting Motion For Relief From Stay.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 1/18/2007

By: cal
Deputy Clerk