UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MARTIN S MALINOU,
Appellant,
-vs-

SEATTLE SAVINGS BANK,
Appellee.

CA 06-544

APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF XXXXXXXXXXXXXXXXXXXXXXXX

Appellant MARTIN S MALINOU moves this Court to extend the time set for filing his brief on appeal from Friday, February 2, 2007, to and including ~~Sunday~~ Monday February ~~4~~ 5, 2007, by means of the electronic filing system.

Appellant is using the electronic filing system for the first time and needs the technical assistance which will be available to him during the Saturday/Sunday weekend. Appellee will have the brief available to it on Monday morning , February 5th. The requested extension will cause no delay in the Court's consideration of the briefs of the parties. The additional 48 hours will allow the Appellant to produce a brief with greater workmanship .

MARTIN MALINOU, Pro Se
Appellant
334 Smith Street
Providence RI 02908
Telephone (401) 331-6554

February 2, 2007

# Certificate of Service

I certify that on February 2, 2007, I mailed a copy of the within Motion to Peter Furness, Esq., attorney for appellee, at his usual office address, 362 Broadway, Providence, RI 02909.

Martin Malinou, Pro se
Appellant
334 Smith Street
Providence, RI 02908