UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARTIN S. MALINOU
Appellant,

Vs. Civil Docket No.: 06-00544-S-DLM

SEATTLE SAVINGS BANK
Appellee.

**SEATTLE SAVINGS BANK'S RESPONSE TO APPELLANT, MARTIN S. MALINOU'S MOTION TO EXTEND TIME TO FILE BRIEF**

NOW COMES, Appellee, Seattle Savings Bank ("Seattle"), and hereby responds Appellant, Martin S. Malinou's Motion to Extend Time to File Brief in the above-entitled matter. Appellee states that on Friday, February 2, 2007, Appellant filed his Motion with this Court to extend time to file his brief in the above-referenced matter. In said Motion, Appellant stated that "Appellee will have the brief available to it on Monday morning, February 5th." As of 4:00 p.m. on Monday, February 5, 2007, Appellant has not made said brief available to Appellee. Appellee was agreeable to Appellant's extension as of Friday afternoon because Appellant only requested an "additional 48 hours"; however, Appellee does not agree to provide Appellant with another three (3) days or longer in which to provide the Court and Appellee with a copy of his brief. Appellee states that this is another stall and delay tactic by Appellant.

For all of the foregoing reasons, Seattle respectfully requests that this Honorable Court deny Appellant's Motion for Extension of Time To File Brief and grant such other and further relief as the Court deems appropriate.

Respectfully Submitted,

SEATTLE SAVINGS BANK

By its Attorneys,

DATE: February 5, 2007

/s/ Peter J. Furness (#3608)
Benjamin M. Scungio (#2902)
Lauren F. Verni (#6831)
Brennan, Recupero, Cascione,
Scungio & McAllister
362 Broadway
Providence, RI 02909
453-2300
Fax: 453-2345

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Response was sent via facsimile and first class mail to the following on this the 5th day of February, 2007:

Electronic Mail Notice List – Parties in the case only

The following is the list of parties who are currently on this list to receive e-mail notice/service for this case.

Manual Notice List – Parties in the case only

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Martin S. Malinou
334 Smith Street
Providence, RI 02908
401-331-6554
Fax: 401-331-6554
Email: mmalinou@net1plus.com

/s/ Peter J. Furness, Esq.