UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARTIN S. MALINOU, )
)
Debtor-Appellant, )
)
V. ) C.A. No. 06-544 S
)
SEATTLE SAVINGS BANK, )
)
Appellee. )
)

**SEATTLE SAVINGS BANK'S REQUEST FOR RECUPERATION OF LOSSES INCURRED DURING APPEAL**

NOW COMES, Seattle Savings Bank, Appellee, files the within motion in support thereof the Appellee states the following:

1. The Debtor-Apellant, Martin S. Malinou ("Malinou"), filed an appeal from a Bankruptcy Court Order, which granted Appellee Relief from Stay to Foreclose on the Property.

2. Malinou posted a $5,000.00 bond to cover the Bank's anticipated financial losses associated with the stay of the foreclosure proceeding, including but not limited to the continued accruing of interest and other direct costs associated with the canceling and continuing of the foreclosure sale.

3. The Appellee has incurred interest costs from the date of the Appeal, 12/15/06, through the date of the Memorandum and Order entered by this Court on 3/27/07, in the amount of $ 4364.82 and incurred various costs to the Providence Journal associated with the canceling and re-advertising of the sale and auctioneer fees associated with canceling and continuing the foreclosure sale in the amount of $7312.90, for total costs of 11,677.72.

4. The Memorandum and Order, entered by this Court on 3/27/07, authorized the Appellee to file the within Motion to Recoup its financial losses incurred during the pendency of this appeal.

WHEREFORE, Seattle Savings Bank respectfully requests that this Court enter an Order authorizing that the Appellee to recoup its losses incurred during the pendency of the Appeal and be paid $5000.00 from the $5,000.00 bond posted by the Appellant.

Respectfully Submitted
Seattle Savings Bank, Appellee
Sinapi Formisano & Company, LTD.
By its attorneys,

/s/ Peter J. Furness, Esq.
Peter J. Furness, Esq., (#3608)
Sinapi Formisano & Company, LTD
100 Midway Place, Suite 1
Cranston, RI 02920-5707

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2007, I sent by electronic mail, a copy of the foregoing to the following:

Martin Malinou
334 Smith Street
Providence, RI 02908
mmalinou@net1plus.com

/s/ Peter J. Furness, Esq.
Peter J. Furness, Esq., (#3608)