**IRVING SHECHTMAN & CO., INC.**
*Professional Auctioneers, Appraisers & Liquidators*
141 POWER ROAD, PAWTUCKET, RI 02860

- STATE RECEIVERSHIPS
- PROBATE COURTS
- LAW FIRMS
- FEDERAL DEPOSIT INSURANCE CORPORATION

Reliable Service

- U.S. BANKRUPTCIES
- BANKS
- FINANCIAL INSTITUTIONS
- SMALL BUSINESS ADMINISTRATION

TELEPHONE
(401) 728-9100

TELECOPIER
(401) 728-9103

TO: Brennan, Recupero, Cascione,
Scungio & Mc Allister
362 Broadway
Providence, RI 02909

DATE: 3/05/07

---

RE: 334 SMITH ST., PROVIDENCE, RI - MALINOU
AUCTION DATE: 3/27/07 @ 11:00 AM

ENTERED MAR 1 3 2007

POSTPONEMENT FEE: 225.00 (PP TO 12/19, 1/23, 3/27)
CANCELLATION: ~~50.00~~
TOTAL $275.00

Thank you for your business.

Seattle | Malinou
06-0818

The Providence Journal
projo.com

ADVERTISER'S
INVOICE AND STATEMENT
FEDERAL I.D.
06-1470361

| ACCOUNT NO. | INVOICE NO. | PAGE |
|---|---|---|
| 18911 | 488683 | 1 |
| DATE | ADVERTISERS CODE | |
| 12/31/06 | | |

BRENNAN, RECUPERO, CASCIO
362 BROADWAY
PROVIDENCE RI 02909-1434

PAYMENT TERMS: DUE BY 01/20/07
(401)277-7210 Inquiries
(401)277-7407 Payments

② input 1/3/07

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C I | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 1130 | OPENING BALANCE | | | | | | 2,57344 | |
| | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| A0990040141120 | 1211 | 9885299 0040 4 See M Hal F 06-0818 | 147 | | 38131 | 2,24208 | | ① 2,24208 | |
| CD890090041218 06-0818 | 1218 | MS MALINOU 0040 1 PO # MS MALINOU See M Hal F 06-0818 | 178 | | 41656 | 74148 | | ② 74148 2983.56 | |

| TOTAL DUE | 5,55700 |
|---|---|

| CONTRACT INFORMATION | | | |
|---|---|---|---|
| TYPE | END DATE | THIS MONTH | TO DATE |
| ① $2,242.08 ② $741.48 | 2/23/07 #15316+ #2983.56 | | |

| ENDING BALANCE BY MONTH | |
|---|---|
| DEC 06 | 2,98356 |
| NOV 06 | 1,53936 |
| OCT 06 | 1,03408 |

The Providence Journal projo.com

ADVERTISER'S
INVOICE AND STATEMENT
FEDERAL I.D.
06-1470361

| ACCOUNT NO | INVOICE NO | PAGE |
|---|---|---|
| 18911 | 491010 | 1 |
| DATE | ADVERTISERS' CODE | |
| 01/31/07 | | |

BRENNAN, RECUPERO, CASCIO
362 BROADWAY
PROVIDENCE RI 02909-1434

PAYMENT TERMS: DUE BY 02/20/07
(401)277-7210 Inquiries
(401)277-7407 Payments

input 2/8/07

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C I | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 1231 | OPENING BALANCE | | | | | | 5,55700 | |
| 6238 | 0105 | PAYMENT RECEIVED -THANK YOU | | | | | | 1,03408- | |
| 15182 | 0119 | PAYMENT RECEIVED -THANK YOU | | | | | | 1,53936- | |
| File # ↓ | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| ① 1B990040040116 | 0130 | MS CANDE 0040 3 PO # MS CANDE 06-0805 PhoF Cent | 120 | | 41633 | 1,49880 | | ① 1,49880 | |
| ② C7900190061219 | 0109 | MS CANDES 0040 4 PO # MS CANDES 06-0805 PhoF Cent | 88 | | 39157 | 1,37832 | | ② 1,37832 | |
| ③ CL890030041225 | 0122 | MS MALINOU 0040 5 PO # MS MALINOU 06-0818 SeaMngF 06-0818 | 209 | | 41381 | 4,32434 | | ③ 4,32434 | |
| ④ 15990160020115 | 0115 | RN LAFOND 0040 1 PO # P FURNESS LafJRecR 06-0832 | 150 | | 45083 | 67624 | | ④ 67624 | |

TOTAL DUE 10,86126

CONTRACT INFORMATION

| TYPE | END DATE | THIS MONTH | TO DATE |
|---|---|---|---|
| ① $1498.80 | 2/23/07 | #15305 | |
| ② $1378.32 | 2/23/07 | #15305 | |
| ③ $4324.34 | 2/23/07 | #15316 → 2,082.26 (partial) | |
| ④ $676.24 | 02/23/07 | #15316 | |

ENDING BALANCE BY MONTH

| | |
|---|---|
| JAN 07 | 7,87770 |
| DEC 06 | ~~2,98356~~ |

2,242.08 Due #15371 3/20/07

The Providence Journal
projo.com

ADVERTISER'S
INVOICE AND STATEMENT
FEDERAL I.D.
06-1470361

| ACCOUNT NO | INVOICE NO | PAGE |
|---|---|---|
| 18911 | 496133 | 1 |
| DATE | ADVERTISERS CODE | |
| 03/31/07 | | |

BRENNAN, RECUPERO, CASCIO
362 BROADWAY
PROVIDENCE RI 02909-1434

PAYMENT TERMS: DUE BY 04/20/07
(401)277-7210 Inquiries
(401)277-7407 Payments

wipt 4/4/07

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C T | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 02 28 | OPENING BALANCE | | | | | | 10,861 26 | |
| 15305 | 03 02 | PAYMENT REAPPLIED | | | | | | 2,877 12 | |
| 15316 | 03 02 | PAYMENT REAPPLIED | | | | | | 5,742 06 | |
| 15305 | 03 02 | PAYMENT RECEIVED -THANK YOU | | | | | | 5,754 24- | |
| 15316 | 03 02 | PAYMENT RECEIVED -THANK YOU | | | | | | 11,484 12- | |
| 15305 | 03 08 | PAYMENT REAPPLIED | | | | | | 2,877 12 | |
| 15316 | 03 08 | PAYMENT REAPPLIED | | | | | | 5,742 06 | |
| 15305 | 03 08 | PAYMENT RECEIVED -THANK YOU | | | | | | 2,877 12- | |
| 15316 | 03 08 | PAYMENT RECEIVED -THANK YOU | | | | | | 5,742 06- | |
| 15371 | 03 26 | PAYMENT RECEIVED -THANK YOU | | | | | | 2,242 08- | |
| | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| 1V890120020212 | 03 05 | MS CASTILLO 0040 4 | 84 | | 4 1836 | 1,405 68 | ① | 1,405 68 | |
| | | PO # MS CASTILLO AltLoasF06-0963 | | | | | | | |
| 1P890180120129 | 03 02 | MS MALINOU 0040 5 | 240 | | 3 9650 | 4,758 00 | ② | 4,758 00 | |
| | | PO # MS MALINOU SeaKHalF06-0818 | | | | | | | |
| 2R890070040306 | 03 15 | SB MAPLEHILL 0040 4 | 168 | | 4 0318 | 2,709 36 | ③ | 2,709 36 | |
| | | PO # SB MAPLEHILL MapMSpeR03-7558 | | | | | | | |

TOTAL DUE 8,873 04

| CONTRACT INFORMATION | | | |
|---|---|---|---|
| TYPE | END DATE | THIS MONTH | TO DATE |
| ① $1,405.68 | | | |
| ② $4,758.00 | | | |
| ③ $2,709.36 | 4/5/07 | Citizens Ck # 909 | |

| ENDING BALANCE BY MONTH | |
|---|---|
| MAR 07 | 8,873 04 |

DETACH AND MAIL THIS PORTION WITH YOUR PAYMENT.

| ACCOUNT NO | INVOICE NO | PAGE | DATE |
|---|---|---|---|
| 18911 | 496133 | 1 | 03/31/07 |

**PLEASE REMIT TO:**
PROVIDENCE JOURNAL COMPANY
PO BOX 81110
WOBURN, MA 01813-1110

| ENDING BALANCE BY MONTH | |
|---|---|
| MAR 07 | 8,873 04 |
| | 8,873 04 |

BRENNAN, RECUPERO, CASCIO
362 BROADWAY
PROVIDENCE RI 02909-1434