UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARTIN S. MALINOU,
Appellant,
-vs-

SEATTLE SAVINGS BANK,
Appellee.

Civil Docket No. 06-544-S-DLM

Appellant's OBJECTION To Appellee SEATTLE SAVINGS BANK'S REQUEST FOR RECUPERATION OF LOSSES INCURRED DURING APPEAL

Appellant Martin S Malinou objects to Appellee's motion (doc. 19) styled "SEATTLE SAVINGS BANK'S REQUEST FOR RECUPERATION OF LOSSES INCURRED DURING APPEAL" filed on April 6, 2007, and the four pages of exhibits (doc. 20) in support thereof filed on April 9, 2007.

On March 27, 2007, this Court entered a Memorandum and Order affirming the bankruptcy court judgment appealed from. A separate judgment has not yet entered in this Court and the 30 day period within which an appeal may be taken to the Court of Appeals has not expired. Appellee SEATTLE SAVINGS BANK is the prevailing party in this District Court. Without an affidavit and without a scintilla of legally competent evidence in support of its Motion the appellee alleges by its counsel "incurred interest costs ... of $4364.82 and incurred various costs to the Providence Journal ... in the amount of $7312.90...." No details are recited. Appellee's counsel shows no personal knowledge of the supposed losses.

Appellee's expenses advertising in the Providence Journal were a speculative adventure and the Appellant is not responsible for its gamble. Appellee's "interest costs" are not further explained. There is no evidence of record that appellee SEATTLE SAVINGS BANK is owed any dollar amount by the mortgagor. (In the event appellee is afforded a second chance to document its "interest costs", it should document amounts held by it as a fund belonging to the mortgagor.)

Appellee's motion seeks recuperation of supposed losses. Appellee has had no losses because it appears to hold funds belonging to the mortgagor in excess of the $5,000 bond posted by Appellant. Appellee's records indicate that the mortgagor had a "Current Available Line of Credit" and a "Net Principal Limit" in the amount of $33,555.54 as of February 28, 2007. Appellee should explain that number.

Martin S Malinou, pro se
Appellant
334 Smith Street
Providence, RI 02908
Telephone (401) 331-6554

April 15, 2007