UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re<br><br>MARTIN S. MALINOU,<br>Debtor<br><br>MARTIN S. MALINOU,<br>Appellant,<br><br>vs.<br><br>SEATTLE SAVINGS BANK<br>Appellee. | Civil Docket No. 06-544-S-DLM<br><br>NOTICE OF APPEAL<br>TO THE UNITED STATES COURT OF APPEALS<br>FOR THE FIRST CIRCUIT |

MARTIN S. MALINOU, the appellant, appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order (final judgment not entered) of the district court for the district of Rhode Island, entered in this case on March 27, 2007, whereby the district court affirmed the judgement of the bankruptcy court lifting the automatic stay to allow foreclosure of a mortgage, and lifted the district court stay of the bankruptcy court judgment, and permitted appellee to move for recuperation of financial losses to be drawn from appellant's bond.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

MARTIN S. MALINOU, pro se
Appellant
334 Smith Street
Providence, RI 02908
Telephone: (401) 331-6554

SEATTLE SAVINGS BANK
Peter J. Furness, Esq.
Attorney for Seattle Savings Bank
362 Broadway
Providence, RI 02909
Telephone: (401) 453-2300

April 24, 2007

/s/ MARTIN S. MALINOU
Appellant
334 Smith Street
Providence, RI 02908
Telephone: (401) 331-6554