**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Martin S. Malinou**
**Appellant**

**V.**

**Case Number: C.A. NO. 06-544S**

**Seattle Savings Bank**
**Appellee**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Appellee, Seattle Savings Bank against the Appellant, Martin S. Malinou in accordance to this Court's Memorandum and Order dated March 27, 2007 affirming the Order of the Bankruptcy Court.**

**April 27, 2007**
**Date**

**Deputy Clerk**