**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name Martin S. Malinou, Appellant v. Seattle Savings Bank, Appellee

District Court Case No. 06- 544-S-DLM District of Rhode Island

Date Notice of Appeal filed 4/25/07 Court of Appeals Case No. 07-1683

Form filed on behalf of Martin S Malinou

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) docket entry #9 Motion for Stay heard 12/18/06

## TRANSCRIPT ORDER

Name of Court Reporter Anne Clayton

Phone Number of Reporter (401) 752-7128

A. x **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☒ Other (specify) Motion for Stay | January 19, 2007 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. x **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Martin S Malinou Filer's Signature [signature]

Firm/Address 334 Smith Street, Providence RI 02908

Telephone number (401) 331-6554 Date mailed to court reporter 5/7/07 (Monday)

(Court Reporter Use ONLY) Date received ________