UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARTIN S. MALINOU, )
Debtor-Appellant, )
V. ) C.A. No. 06-544 S
SEATTLE SAVINGS BANK, )
Appellee. )

**ORDER ON APPELLEE'S MOTION FOR BILL OF COSTS AND RECUPERATION OF LOSSES INCURRED DURING APPEAL**

After consideration of Appellee's Motion for Bill of Costs and Recuperation of Losses Incurred During Appeal and the Exhibit attached thereto and Appellant's Objection in Response on April 11, 2007, it is hereby ordered:

1. The Court approves the Appellee's Motion.
2. The Court directs the Registry of the Court (the "Registry") to release the amount of $5,000.00, to the Appellee, Attn: Ms. Angela Lewis, Seattle Mortgage Co., 190 Queen Ann Avenue North, Suite 100, Seattle, WA 98109 on or before May 10, 2007.
3. This is so Ordered by the Honorable William E. Smith, U.S. District Judge, District of Rhode Island.

WESmm
APPROVED: 5/9/07

Karen Baldwell
PER ORDER:

PREPARED AND PRESENTED BY:
Attorney for Appellee, Seattle Savings Bank,

Peter J. Furness, Esq., (#3608)
SINAPI, FORMISANO & CO., LTD.
100 Midway Place, Suite 1
Cranston, RI 02920-5707

401-944-9690

**CERTIFICATION**

I hereby certify that on May 7, 2007, I sent via facsimile and electronic mail, a copy of the foregoing to the following:

Martin Malinou
334 Smith Street
Providence, RI 02908
401-331-6554 (phone & facsimile)
mmalinou@net1plus.com

Peter J. Furness, Esq. (#3608)

I, Peter J. Furness, Esq., hereby state that I made good faith effort to confer with all other counsel and pro se parties regarding the form of the Order and that opposing counsel offered an objection as to content.

Peter J. Furness, Esq. (#3608)