UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re )
)
MARTIN S. MALINOU, )
Debtor )
------------------------------------------ )
MARTIN S. MALINOU, )
Appellant, )
)
vs. )
)
SEATTLE SAVINGS BANK )
Appellee. )
)

Civil Docket No. 06-544-S-DLM

AMENDED
NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARTIN S. MALINOU, the appellant, appeals to the United States Court of Appeals for the First Circuit from the judgment of the district court for the district of Rhode Island, entered in this case on April 27, 2007, whereby the district court affirmed the judgement of the bankruptcy court lifting the automatic stay to allow foreclosure of a mortgage, and lifted the district court stay of the bankruptcy court judgment, and permitted appellee to move for recuperation of financial losses to be drawn from appellant's bond; and from the Order (doc. 28) entered on May 10, 2007,approving appellee's Motion for bill of costs and recuperation of losses releasing the amount ($5000.00) of the bond to appellee Seattle Savings Bank on or before May 10, 2007.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

MARTIN S. MALINOU, pro se
Appellant
334 Smith Street
Providence, RI 02908
Telephone: (401) 331-6554

SEATTLE SAVINGS BANK
Peter J. Furness, Esq.
Attorney for Seattle Savings Bank
100 Midway Place, Suite 100
Cranston, RI 02920
Telephone: (401) 944-9690

May 11, 2007

/s/ MARTIN S. MALINOU
Appellant
334 Smith Street
Providence, RI 02908
Telephone: (401) 331-6554