UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

07-1683

May 10, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RECEIVED
MAY 14 2007
BY: U.S. Court of Appeals

RE: Martin S. Malinou v. Seattle Savings Bank
CR06-544S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

U.S. COURT OF APPEALS
RECEIVED
MAY 15 2007
FOR THE FIRST CIRCUIT

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Appellant's Record Designation and Issues Statement.

29

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

May 9, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 06-544S **CCA#** 07-1683
Martin S. Malinou v. Seattle Savings Bank

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By_______________
John Duhamel
Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
MAY 15 2007
FOR THE FIRST CIRCUIT

encl: Doc# 9: transcript of 12/18/2006 Motion to Stay
Certified docket