UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

07-1788

May 16, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Martin S. Malinou v Seattle Savings Bank**
**CA06-544S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Wendy Geile
*Wendy Geile*
DEPUTY CLERK

U.S. COURT OF APPEALS
RECEIVED
MAY 18 2007
FOR THE FIRST CIRCUIT

ENC: Amended Notice of Appeal, Certified Docket