CA:06-544 J. Smith

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 07-1683

MARTIN S. MALINOU,

Appellant,

v.

SEATTLE SAVINGS BANK,

Appellee.

---

ORDER OF COURT

Entered: June 12, 2007

Plaintiff's "emergency request," which seeks to stay the foreclosure set for June 13, 2007, is denied. Plaintiff has failed to show a likelihood of success on the merits of his claims. See Acevedo-Garcia v. Vera-Monroig, 296 F.3d 13, 16 (1st Cir. 2002) (noting that "sine qua non" of stay standard is whether movant is likely to succeed on the merits).

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: ______________________

Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 6/12/

[Cert. cc: Hon. William E. Smith and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: Malinou, Scungio, Furness and Ms. Verni]