MANDATE

CA 06-544
J Smith

# United States Court of Appeals
## For the First Circuit

Nos. 07-1683
07-1788

IN RE: MARTIN S. MALINOU,

Debtor.

MARTIN S. MALINOU,

Appellant,

v.

SEATTLE SAVINGS BANK,

Appellee.

Before

Torruella, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: October 30, 2007

Defendant-appellee has filed a motion to dismiss these consolidated appeals as moot. We decline to dismiss these appeals as moot in the absence of any findings that the purchase at the foreclosure sale was made in good faith. See, e.g., Greylock Glen Corp. v. Community Sav. Bank, 656 F.2d 1, 4 (1st Cir. 1981) (holding that an appeal from a bankruptcy court order lifting an automatic stay and permitting foreclosure is moot once the foreclosure sale has taken place and property has been bought by a good faith purchaser).[1] We have considered the parties' briefs on the merits and having reviewed the

[1]We do not imply that the purchase was not made in good faith; we hold only that we lack any evidence in this regard.

challenged bankruptcy court and district court rulings for an abuse of discretion, see In re Capitol Food Corp. of Fields Corner, 490 F.3d 21, 24 (1st Cir. 2007); Global Naps, Inc. v. Verizon N.E., Inc., 489 F.3d 13, 23 (1st Cir. 2007), we affirm. We have considered all of plaintiff-appellant's arguments and find them meritless.

The order of the bankruptcy court dated December 15, 2006, and the order of the district court dated May 10, 2007, are affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** NOV 20 2007

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Mr. Malinou, Mr. Scungio, Mr. Furness and Ms. Verni]